IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01099-MSK-PAC

TODD COLE AND ASSOCIATES, INC.,
d/b/a ROXBOROUGH HOMES,

    Plaintiff,

v.

DEBY JOHNSON, individually and d/b/a INNOVATIVE REALTY GROUP, and
GAIL JOHNSON , individually and d/b/a INNOVATIVE REALTY GROUP,

    Defendants.

_____

### ORDER REFERRING CASE PURSUANT TO 28 U.S.C. § 636(c)
_____

All parties to this action have consented **(#16 )** to the exercise of jurisdiction by a United States Magistrate Judge for to all further proceedings in this case pursuant to 28 U.S.C. § 636(c). Pursuant to D.C. Colo. L. Civ. R. 72.2(E), the Clerk of the Court shall randomly draw this case to a Magistrate Judge other than Magistrate Judge Coan.  The case shall then be **REFERRED** to that Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c) and D.C. Colo. L. Civ. R. 72.2.

Dated this 27th day of September, 2005.

                                            **BY THE COURT:**

                                            _____

                                            Marcia S. Krieger
                                            United States District Judge