IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01099-CBS-PAC

TODD COLE and ASSOCIATES, INC.,
d/b/a ROXBOROUGH HOMES,

    Plaintiff,

v.

DEBY JOHNSON, individually and d/b/a INNOVATIVE REALTY GROUP, and
GAIL JOHNSON, individually and d/b/a INNOVATIVE REALTY GROUP,

    Defendants.

## ORDER OF DISMISSAL

Magistrate Judge Craig B. Shaffer

The Stipulated Notice of Dismissal with Prejudice filed on December 20, 2005, by the parties, having come before the Court, and appearing well founded; it is hereby

**ORDERED** that this action is **DISMISSED, with prejudice**, each party to bear their own costs and attorney's fees incurred herein.

DATED at Denver, Colorado, this 21st day of December, 2005.

                              BY THE COURT:

                              s/Craig B. Shaffer
                              Craig B. Shaffer
                              United States Magistrate Judge